THOMAS F. MULLIGAN, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued October 5, 1949; decided November 23, 1949.

*Paul Windels* and *Herbert J. Jacobi* for appellant.

*John P. McGrath, Corporation Counsel* (*Helen R. Cassidy, Seymour B. Quel, Pauline K. Berger* and *Victor F. Condello* of counsel), for respondent.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *John C. Crary, Jr.,* of counsel), *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.